*Received 9/16/11 by AJ*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **BURR, MARIA**

Chapter 13 Case No.   06-42961
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| **WELLS FARGO FINANCIAL BANK** 4143 121ST ST URBANDALE, MN 50323 | 2 | 642.41 | $45.06 |

*RECEIVED 11 SEP 16 AM 9:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

**TOTAL TO CLERK'S FUND**                                               $45.06

__September 14, 2011__                   /s/ Kyle L Carlson
DATE                                     TRUSTEE